No. 69630.—D. C. McGiehan and Lansen-Naeve Corp. et al. v. United States, protests 60/24731, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of centralographs and parts thereof, which parts are dedicated to use thereon, similar in all material respects to those the subject of *D. C. McGiehan* and *Lansen-Naeve Corp.* v. *United States* (53 Cust. Ct. 87, C.D. 2477), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 26, 1965

No. 69631.—B. Altman & Co. v. United States, protests 59/907, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of print rollers similar in all material respects to those the subject of *D. M. Studner* v. *United States* (50 Cust. Ct. 149, C.D. 2404), the claim of the plaintiff was sustained.